UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Plaintiff,

  v.

BUSINESS COMPUTER TRAINING
INSTITUTE, INC., et al.,

    Defendants.

CASE NO. C05-5706BHS

ORDER GRANTING
STIPULATED MOTION TO
ADJUST TRIAL DATE

Having considered the parties' Stipulated Motion to Adjust Trial Date (Dkt. 31) and the remainder of the file and finding that good and sufficient cause supports the parties' stipulated motion, it is hereby

**ORDERED** that the trial date in this matter is **STRICKEN**, and a new scheduling order will be issued concurrently with the scheduling order in *Hawley v. Business Computer Training Institute, Inc.*, C08-5055BHS.

DATED this 26th day of March, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER