UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILADELPHIA INDEMNITY
INSURANCE COMPANY,

    Plaintiff,

  v.

BUSINESS COMPUTER TRAINING
INSTITUTE, INC., et al.,

    Defendants.

_____

ATLANTIC MUTUAL INSURANCE
COMPANY, a New York Corporation,

    Plaintiff,

  v.

BUSINESS COMPUTER TRAINING
INSTITUTE, INC., et al.,

    Defendants.

CASE NO. C05-5706BHS

ORDER GRANTING
STIPULATED MOTION
FOR DISMISSAL

CASE NO. C08-5343BHS

    This matter comes before the Court on the parties' stipulation of dismissal (Dkt. 72) as to certain parties. The Court has considered the motion and the remainder of the file and hereby **ORDERS** that Defendants Amanda M. Hawley, Robert A. Rockhold and

ORDER - 1

Julie M. Bennette are **DISMISSED with prejudice**, each party to bear its own attorney's fees and costs.

DATED this 9th day of August, 2010.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2